# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 16-12170-AMC

NICOLE E DEJESSE

2854 S. 15TH ST

PHILADELPHIA, PA 19145

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  NICOLE E DEJESSE

  2854 S. 15TH ST

  PHILADELPHIA, PA 19145

Counsel for debtor(s), by electronic notice only.

  MICHAEL A COHEN
  2113 SNYDER AVE

  PHILADELPHIA, PA 19145

Date: 1/26/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee