United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-12170-elf
Nicole E DeJesse                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Jul 16, 2020
                             Form ID: 138NEW           Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2020.
```
db              +Nicole E DeJesse,    2854 S. 15th St,    Philadelphia, PA 19145-4915
13777126         American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                 Carol Stream, IL  60197-5008
13700015        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank Of America,    Po Box 982238,    El Paso, TX 79998)
13700018        +Ccb/sahalie,    Po Box 182120,    Columbus, OH 43218-2120
13700020        +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
13700019        +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
13700023        +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13700024        +Fst Premier,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
13700025        +Interstock Premium Cabinetry,    PO Box 1117,    Kearny, NJ 07032-7117
13700026        +Kim Troast-Singley,    2700 S. 18th St,    Philadelphia, PA 19145-4703
14112987        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, Texas 75261-9741)
13700028        +Nationstar Mortgage,    PO Box 619094,    Dallas, TX 75261-9094
13700029        +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Jul 17 2020 04:34:10     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2020 04:33:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 17 2020 04:33:56     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13778452        +E-mail/Text: g20956@att.com Jul 17 2020 04:34:16     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
13700013         E-mail/Text: g20956@att.com Jul 17 2020 04:34:16     At&t,    Bankruptcy Dept,    PO Box 309,
                 Portland, OR 97207
13700017         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2020 04:37:43     Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
13700016        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2020 04:38:11     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
13714965         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2020 04:38:12
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13700021        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2020 04:33:29     Comenitycb/sahalie,
                 3100 Easton Square Pl,    Columbus, OH 43219-6232
13700022         E-mail/Text: G06041@att.com Jul 17 2020 04:33:56     Direct TV,    PO Box 11732,
                 Newark, NJ 07101
13708004        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 17 2020 04:33:46     MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
13780315         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2020 04:38:19
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13741852         E-mail/Text: bnc-quantum@quantum3group.com Jul 17 2020 04:33:31
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                   TOTAL: 13
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13700014         ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
13700027         ##+Kim Troast-Singley,    3402 Prima Ct.,    Philadelphia, PA 19145-5700
                                                                 TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: Jul 16, 2020
                             Form ID: 138NEW           Total Noticed: 26

                    ***** BYPASSED RECIPIENTS (continued) *****


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                              Signature:   /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:
          KEVIN G. MCDONALD   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          MICHAEL ADAM COHEN   on behalf of Debtor Nicole E DeJesse mcohen1@temple.edu
          REBECCA ANN SOLARZ   on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Nicole E DeJesse

        Debtor(s)                                      Bankruptcy No: 16–12170–elf

                                           Chapter: 13

_____


### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                           900 Market Street
                               Suite 400
                      Philadelphia, PA 19107


    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.


                                            For The Court
                                Timothy B. McGrath
                                Clerk of Court


Dated: 7/16/20

                                              39 – 38
                                       Form 138_new